IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-2132-ZLW-CBS

BEVERLY TRAHAN,

      Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,

      Defendant.

---

## ORDER

---

In consideration of the Minute Order entered on July 25, 2005, by Magistrate Judge Craig B.  Shaffer, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before August 8, 2005.  If by that date settlement papers have not been received by the Court, on August 15, 2005, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this  _27_  day of July, 2005.

BY THE COURT:

S/ Zita L. Weinshienk

_____

ZITA L. WEINSHIENK,  Senior Judge
United States District Court