IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No. 04-cv-2132-ZLW-CBS

BEVERLY TRAHAN,

    Plaintiff,

v.

QWEST COMMUNICATIONS CORPORATION,

    Defendant.

## ORDER OF DISMISSAL

Pursuant to and in accordance with the Stipulation For Dismissal With Prejudice, signed by the attorneys for the parties hereto, it is

ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys' fees.

DATED at Denver, Colorado, this __10__ day of August, 2005.

                                              BY THE COURT:

                                              S/ Zita L. Weinshienk
                                              _____

                                              ZITA L. WEINSHIENK,  Senior Judge
                                              United States District Court